UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE                                     )
                                          )
RAMON VALDEZ, JR. and                     )     No. 15 B 34851
DANA R. VALDEZ                            )
            Debtor.                       )

**FINAL PRETRIAL ORDER ON DEBTOR'S MOTION TO DETERMINE VALUE OF SECURITY AND CREDITOR'S ALLOWED SECURED CLAIM OF STONEGATE MORTGAGE CORPORATION AND VILLAGE CAPITAL (Docket No. 32)**

This Motion is set for trial with evidence **June 8, 2016, at 2:00 p.m.**

Village of Capital will file Answer to Motion by May 18, 2016. Each party wsill mark and exchange all exhibits to be used by May 18, 2016. Each party will file list of witness and copies of all expert witness reports (or a summary of the expert witness' testimony if no report exists) on or before May 18, 2016.

As to any discovery sought, times for notices and responses are shortened to **7 days.**

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 29th day of April 2016.